USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2021

# FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW

400 GARDEN CITY PLAZA, SUITE 100 · GARDEN CITY, NEW YORK 11530
TEL. (516) 739-5100    FAX (516) 739-5103
www.fbzlaw.com

JOSEPH K. POE
OF COUNSEL
jpoe@fbzlaw.com

September 27, 2021

**VIA ECF**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:  *Penn-Star Ins. Co. v. Utica First Ins. Co.*, Case No. 21-cv-04787
     Our File No.:   12-11767

Dear Judge Nathan:

We are attorneys for Utica First Insurance Company, defendant in this action before the Court.

We write pursuant to the Court's Individual Practice, 1.E., to request the adjournment of the Initial Pretrial Conference presently scheduled for October 1, 2021. The request is made to accommodate defendant's counsel's previously scheduled medical procedure on October 1. There have been no previous requests for the adjournment of the Initial Pretrial Conference, and counsel for plaintiff Penn-Star Insurance Company has consented to this request.

The parties are mutually available for the rescheduled Initial Pretrial Conference on October 8, 15, and November 12, 2021.

Thank you for your consideration.

The initial pretrial conference is adjourned to October, 15, 2021 at 3:30 p.m.

Respectfully submitted,

Joseph K. Poe

SO ORDERED.
*Alison J. Nathan* 9/27/2021
ALISON J. NATHAN, U.S.D.J.

cc: ...iotis, Esq. (via ECF)

{01096701.DOCX /}

NEW YORK   ·   NEW JERSEY   ·   CONNECTICUT   ·   FLORIDA